UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>PTM Technologies, Inc.,<br><br>       Debtor. | Case No. 10-50980-C-11W |
| PTM Technologies, Inc.,<br><br>       Plaintiff<br><br>v.<br><br>Maxus Capital Group, LLC,<br><br>       Defendant. | Adversary No. 10-06022 |
| PTM Technologies, Inc.,<br><br>       Plaintiff<br><br>v.<br><br>General Electric Capital Corporation,<br><br>       Defendant. | Adversary No. 10-06023 |

## JUDGMENT

In accordance with the memorandum opinion filed contemporaneously herewith, it is ORDERED, ADJUDGED AND DECREED as follows:

(1) The Plaintiff's motion for summary judgment is granted and the security interests and liens claimed by the Defendants are hereby avoided pursuant to section 544(a)(1) of the Bankruptcy Code

and preserved for the Plaintiff's estate pursuant to section 551 of the Bankruptcy Code; and

(2) The Defendants' cross-motions for summary judgment are overruled and denied.

This 30th day of June, 2011.

*William L. Stocks*
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Charles M. Ivey, III, Esq.
P.O. Box 3324
Greensboro, NC 27402

James C. Lanik, Esq.
P.O. Box 1550
High Point, NC 27261

Rebecca A. Leigh, Esq.
301 S. Greene Street
Suite 201
Greensboro, NC 27401